

**Andrew M. J. Bernstein, Esq.,** *Partner*
*Chair* – White Collar Defense & Investigation Practice
1185 Avenue of the Americas | 31st Floor | New York, New York | 10036
T (212) 930 9700 | F (212) 930 9725 | abernstein@srf.law | www.srf.law

August 9, 2021

**BY ECF and E-Mail**

**MEMO ENDORSED**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re:  USA v. Nadine Wade, 21-CR-472 (KPF)

Dear Judge Failla:

As the Court is aware, I am CJA appointed counsel for Nadine Wade, in the above-captioned matter. I write to request the Court to order my appointment to this matter be made Nunc Pro Tunc to August 4, 2021.

On August 3, 2021, I was contacted by chambers about this matter and agreed to accept assignment. I began to work substantively on the matter on August 4, 2021. On August 5, 2021, I appeared virtually before the Court and was formally assigned to the matter. Currently, the CJA eVoucher system notes my assignment to this matter as August 6, 2021. It is my understanding the assignment date can only be corrected by an order from the Court.

Therefore, I request that the Court SO ORDER my appointment to this matter Nunc Pro Tunc to August 4, 2021.

If you have any questions, please feel free to reach out to my office.

Thank you.

Respectfully Submitted,

Andrew M. J. Bernstein
Partner
SICHENZIA ROSS FERENCE LLP
*Counsel for Nadine Wade*

```
Application GRANTED.

Date:    New York, New York
         August 10, 2021
```

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE