

Andrew M. J. Bernstein, Esq., *Partner*,
*Chair – White Collar Defense & Investigation Practice*
1185 Avenue of the Americas | 31st Floor | New York, New York | 10036
T (212) 930 9700 | F (212) 930 9725 | abernstein@srf.law | www.srf.law

August 13, 2021

**BY ECF AND E-MAIL**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007
E-mail: Failla_NYSDChambers@nysd.uscourts.gov

**MEMO ENDORSED**

Re: USA v. Nadine Wade, 21-CR-472 (KPF)

Dear Judge Failla,

As the Court is aware, I am CJA appointed counsel for Nadine Wade, in the above-captioned matter. I write to request permission for Ms. Wade to travel to Elka Park, New York on August 22, 2021, where she will be attending a retreat.

Specifically, Ms. Wade will be traveling with her mother Ledria Simone Wade. At approximately 7:00 AM on Sunday August 22, 2021, Ms. Wade and her mother will drive to the *Jupiter In Pisces* retreat located at 2016 Platte Clove Road, Elka Park, New York, 12427. That evening, Ms. Wade will drive home to her New Jersey residence with an anticipated return time of 10:00 PM.

I have discussed this matter with Pretrial Services and the Government and neither party objects to these requests.

If the Court requires any more information, please do not hesitate to reach out to my office.

Thank you.

Respectfully Submitted,

*/s/ Andrew M. J. Bernstein*

Andrew M. J. Bernstein
Partner
SICHENZIA ROSS FERENCE LLP
*Counsel for Nadine Wade*

Application GRANTED.  Ms. Wade is permitted to travel to the above-referenced location on August 22, 2021, and shall return to her New Jersey residence on that same day.

Date:    August 13, 2021          SO ORDERED.
         New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE