```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
UNITED STATES OF AMERICA            :
                                    :     21-Cr-00472
      -v.-                          :     ORDER
                                    :
NADINE WADE                         :
                                    :
         Defendant                  :
------------------------------------X
```

Honorable Katherine Polk Failla, United States District Judge:

    ORDERED that the defendant's bail be modified to include the following conditions:

Defendant to participate in alcohol treatment/counseling

Refrain from excessive alcohol use

Drug testing/treatment as directed by Pretrial Services

Mental health evaluation/treatment as directed by Pretrial Services

    Dated: New York, New York
          September 29, 2021

                                                SO ORDERED

                                                _____
                                                Hon. Katherine Polk Failla
                                                United States District Judge