

Andrew M. J. Bernstein, Esq.

**Partner**

212.209.4400

abernstein@atllp.com

March 9, 2022

**BY ECF AND E-MAIL**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007
E-mail: Failla_NYSDChambers@nysd.uscourts.gov

# MEMO ENDORSED

Re:  **USA v. Nadine Wade, 21-CR-472 (KPF)**

Dear Judge Failla,

As the Court is aware, I am CJA appointed counsel for Nadine Wade, in the above-captioned matter. I write to request permission for Ms. Wade to travel to Elka Park, New York on March 12, 2022, where she will be attending a retreat.

Specifically, Ms. Wade would be traveling with her mother Ledria Simone Wade. At approximately 6:00 AM on Saturday March 12, 2022, Ms. Wade and her mother would drive to the Jupiter In Pisces retreat located at 2016 Platte Clove Road, Elka Park, New York, 12427. That evening, Ms. Wade would drive home to her New Jersey residence with an anticipated return time of 10:00 PM.

I have discussed this matter with Pretrial Services and the Government and neither party objects to this request.

If the Court requires any more information, please do not hesitate to reach out to my office.

Thank you.

Respectfully Submitted,

Andrew M. J. Bernstein
Partner
ARMSTRONG TEASDALE LLP
*Counsel for Nadine Wade*

Application GRANTED.  Ms. Wade shall be permitted to take the trip described in the above letter.

The Clerk of Court is directed to terminate the pending motion at docket entry 61.

Dated:    March 10, 2022           SO ORDERED.
          New York, New York

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE