UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| -v.- | 21 Cr. 472-2 (KPF) |
| NADINE JAZMINE WADE, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The Court has learned that the Government and Ms. Wade have reached a tentative plea agreement.  Accordingly, the parties are ORDERED to appear for a change of plea hearing on **June 3, 2022, at 3:30 p.m.,** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York. In light of her change of plea hearing, Ms. Wade and her counsel are excused from appearing at the status conference that is scheduled in this case for the same day.

SO ORDERED.

Dated:   June 1, 2022
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge