

Andrew M. J. Bernstein, Esq.
Partner
212.209.4400
abernstein@atllp.com

June 6, 2022

**BY ECF AND E-MAIL**

Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007
**E-mail:** Failla_NYSDChambers@nysd.uscourts.gov

**MEMO ENDORSED**

Re:   **USA v. Nadine Wade**
      **21-CR-472 (KPF)**

Dear Judge Failla,

As the Court is aware, I am CJA appointed counsel for Nadine Wade, in the above-captioned matter. Ms. Wade has requested that I inform the Court that she wishes to withdraw her guilty plea.

If the Court requires any more information, please do not hesitate to reach out to my office.

Thank you.

Respectfully Submitted,

_____
Andrew M. J. Bernstein
Partner
ARMSTRONG TEASDALE LLP
*Counsel for Nadine Wade*

ARMSTRONG TEASDALE LLP | 7 TIMES SQUARE, 44TH FLOOR, NEW YORK, NY 10036  T 212.209.4400  F 314.621.5065  **ArmstrongTeasdale.com**

The Court has been advised of Ms. Wade's desire to withdraw her guilty plea.  In light of this request, the parties are hereby ORDERED to appear for a conference to discuss Ms. Wade's application on **June 15, 2022, at 12:00 p.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.  The Clerk of Court is directed to terminate the pending motion at docket entry 87.

Dated:    June 7, 2022
          New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE