

Andrew M. J. Bernstein Esq.
Partner
212.209.4452
abernstein@atllp.com

June 27, 2022

**BY ECF**

Hon. Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 2103
New York, New York 10007

**MEMO ENDORSED**

Re:     **USA v. Nadine Wade**
        **21-cr-472(KPF)**

Dear Judge Failla,

As the Court is aware, I am CJA-appointed counsel for Nadine Wade in the above captioned matter. I am requesting that I be relieved as counsel for Ms. Wade.

I believe that there has been a breakdown in communication between myself and Ms. Wade and that it is best that I be relieved from this matter and Ms. Wade be appointed new counsel. Ms. Wade is aware that I am making this request. Further, I have notified Ms. Wade's CJA-appointed standby counsel, Robert Soloway, that I would be making this request today.

Respectfully Submitted,

_____
Andrew M. J. Bernstein, Esq.
ARMSTRONG TEASDALE LLP
*Counsel for Nadine Wade*

```
Application GRANTED.  Mr. Bernstein shall be permitted to withdraw
as defense counsel of record for Ms. Wade.  In light of Mr.
Bernstein's withdrawal, the Clerk of Court is directed to substitute
Mr. Soloway as Ms. Wade's counsel.  The Clerk of Court is further
directed to terminate the pending motion at docket entry 99.

                          SO ORDERED.

Dated:    June 27, 2022
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE