# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Fax: (212) 571-5507
Tel: (212) 571-5500

September 28, 2022

BY ECF



Hon. Katherine Polk Failla
United States Courthouse
40 Foley Square
New York, New York 10007

Re:  United States v. Nadine Wade
     Ind. #: 21 Cr. 472  (KPF)

Dear Judge Failla:

I am assigned counsel for Nadine Wade in this matter.  I write without objection of the government, by AUSA Micah Fergenson, to respectfully request that the conference in this matter scheduled for September 30, 2022 be continued one week, to and including October 7, 2022, or a date thereafter convenient to the Court.

Ms. Wade and I continue to work to report to the Court as to whether she wishes to move to withdraw her guilty plea or proceed to sentence.  She traveled to New York on the weekend and since Monday, September 26, has been meeting with me daily in my office to review discovery and the pertinent issues. Our work is complicated by the case protective order which prohibits my client's review of much of the discovery outside of my office or presence.  My client has use of an apartment convenient to my office, and is able to continue to reside there next week if this application is granted.

To complete the work necessary for my client to make an informed decision as to how to proceed, it is respectfully requested that this application for an extension of the next court conference be granted.  Should the Court have any questions regarding the content of this letter, it is requested the parties be contacted.  Thank you for your attention.

Sincerely,

*Robert A. Soloway*

Robert A. Soloway

RAS:sc

Application GRANTED.  The hearing currently scheduled for September 30, 2022, is hereby **ADJOURNED to October 11, 2022, at 11:00 a.m.**

The sentencing hearing scheduled to take place on October 12, 2022, is hereby ADJOURNED *sine die*.

Dated:    September 28, 2022          SO ORDERED.
          New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE