# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Fax: (212) 571-5507
Tel: (212) 571-5500

September 29, 2022

BY ECF

Hon. Katherine Polk Failla
United States Courthouse
40 Foley Square
New York, New York 10007



MEMO ENDORSED

Re:   United States v. Nadine Wade
      Ind. #: 21 Cr. 472 (KPF)

Dear Judge Failla:

Thank you very much for granting the extension requested in my letter of September 28 (Dkt 130). Your Honor has extended the court conference to October 11. I write to advise that I am unable to appear on that date as I am scheduled to be before Hon. Consuelo B. Marshall in the U.S. District Court for the Central District of California for oral argument of a defense motion to dismiss in the matter of Estate of Mohamed Yusuf v. United States, 21 Civ. 3661, in which my office represents the Plaintiff. I am respectfully requesting that the matter be extended to Thursday or Friday, the 13th or 14th of that week.

Thank you very much.

Sincerely,

*Robert A. Soloway*

Robert A. Soloway

RAS:sc

Application GRANTED. The hearing currently scheduled for October 11, 2022, is hereby **ADJOURNED to October 13, 2022, at 11:00 a.m.**

Dated:     September 29, 2022          SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE