### ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP
Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

FRANKLIN A. ROTHMAN  
JEREMY SCHNEIDER  
ROBERT A. SOLOWAY  
DAVID STERN  
———————  
RACHEL PERILLO

Tel: (212) 571-5500  
Fax: (212) 571-5507

October 17, 2022

*Ex Parte*  
**By ECF & Email**  
The Honorable Katherine Polk Failla  
United States District Court  
Southern District of New York  
40 Foley Square  
New York, New York 10007



    Re: United States v. Nadine Jazmine Wade  
        21 Cr. 472 (KPF)

Dear Judge Failla:

    I represent Nadine Wade in the above-referenced matter, having been appointed pursuant to the Criminal Justice Act. This letter is respectfully submitted *ex parte* to request authorization for travel expenses for Ms. Wade to travel from New York City to her home in Michigan, pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(e).

    As the Court is aware, Ms. Wade recently moved to Michigan and for the past three weeks has been temporarily staying in New York City in order to meet with counsel and review discovery and other pertinent matters in connection with her case. Ms. Wade has been unable to work while she is in New York, and she seeks to return to Michigan as soon as possible so that she may resume working. However, due to her lack of work in recent weeks, she cannot afford the cost of travel at this time. I am therefore requesting the approval of funds to enable Ms. Wade to travel

Hon. Katherine Polk Failla
October 17, 2022
Page Two

from New York to her home in Michigan.

    I have reviewed bus schedules from New York to Detroit, and a bus departing tomorrow, October 18, 2022 is approximately $129.00 after fees. Although the cost may change depending on the available tickets at the time of purchase, it appears that this is the general price range. Accordingly, it is respectfully requested that the Court authorize reimbursement for travel charges incurred by my office to help facilitate Ms. Wade's return to Michigan.

    If the Court has any questions regarding this application please do not hesitate to contact me.

    Thank you for your consideration in this matter.

                                      Respectfully submitted,
                                              /s/
                                      Robert A. Soloway

RAS:rp

Application GRANTED. The Court authorizes counsel to seek reimbursement for any costs incurred by Ms. Wade's travel back to Michigan.

The Clerk of Court is directed to terminate the pending motion at docket entry 143.

Dated:    October 17, 2022                    SO ORDERED.
             New York, New York

                                                  HON. KATHERINE POLK FAILLA
                                                UNITED STATES DISTRICT JUDGE