# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Fax: (212) 571-5507
Tel: (212) 571-5500

October 25, 2022

BY ECF

Hon. Katherine Polk Failla
United States Courthouse
40 Foley Square
New York, New York 10007



Re: United States v. Nadine Wade
 Ind. #: 21 Cr. 472 (KPF)

Dear Judge Failla:

 I am assigned counsel for Nadine Wade in this matter. Without objection of the government, by AUSA Micah Fergenson, I write to request a one week extension of the due date for the defendant's submission seeking to withdraw the guilty plea she entered on June 3, 2022. Such extension is related to efforts to secure declarations of several important out-of-state witnesses whose schedules have impeded my ability to finalize the necessary documents.

 Should the Court grant this request, the parties propose that the schedule fixed by the Court be amended to provide for defense submission November 4, government opposition November 18, defense reply November 25, and hearing, if any, December 19, 2022 at 10 AM.

 Thank you very much for your attention to this request.

Respectfully,

*Robert A. Soloway*

Robert A. Soloway

RAS:sc

Application GRANTED.  The parties shall submit their briefs in accordance with the schedule noted above.

The Clerk of Court is directed to terminate the pending motion at docket entry 151.

| | |
|---|---|
| Dated:    October 25, 2022<br>          New York, New York | SO ORDERED.<br><br>*[signature]*<br><br>HON. KATHERINE POLK FAILLA<br>UNITED STATES DISTRICT JUDGE |