# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Fax: (212) 571-5507
Tel: (212) 571-5500

November 14, 2022

BY ECF

Hon. Katherine Polk Failla
United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007



Re:  United States v. Nadine Wade
     Ind. #: 21 Cr. 472 (KPF)

Dear Judge Failla:

    I am in receipt of the government's request for an Order directing Andrew Bernstein, Esq. to submit an affidavit "giv[ing] sworn testimony in the form of an affidavit addressing the allegations made by the defendant," and providing that he "may discuss same with the government." I write respectfully requesting until Tuesday, November 15, 2022 to respond to the government's letter and proposed order, and request that the Court forbear any ruling until both sides have had an opportunity to be heard.

    Thank you for your attention.

Sincerely,

*Robert A. Soloway*

Robert A. Soloway

RAS:sc

Application GRANTED.  The Clerk of Court is directed to terminate the pending motion at docket entry 170.

Dated:     November 14, 2022          SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE