

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 29, 2022

**By ECF**



The Honorable Katherine Polk Failla
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:  United States v. Nadine Wade, 21 Cr. 472 (KPF)

Dear Judge Failla:

      The Government respectfully submits this letter motion to request, on consent of defendant Nadine Wade, an adjournment of the hearing on the defendant's motion to withdraw her guilty plea, currently scheduled for January 25, 2023.  On that date, the undersigned (AUSA Fergenson) will still be participating in a trial, which is presently expected to proceed on the scheduled date, in *United States v. Billy Ortega*, 22 Cr. 91 (RA).  If the Court is inclined to grant this consent adjournment request, the parties are available in the afternoon of February 14, all day on February 15, and the morning of February 16, 2023; and the parties also understand that the Court has availability on its calendar on February 15, 2023.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

By: */s/*  _____
    Micah F. Fergenson
    Matthew J. King
    Assistant United States Attorneys
    (212) 637-2190 / -2384

cc: Robert Soloway, Esq. (by ECF)

Application GRANTED.  The hearing scheduled to take place on January 25, 2023, is hereby **ADJOURNED to February 15, 2023, at 10:00 a.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The Clerk of Court is directed to terminate the pending motion at docket entry 203.

Dated:     December 30, 2022          SO ORDERED.
           New York, New York

                                      HON. KATHERINE POLK FAILLA
                                      UNITED STATES DISTRICT JUDGE