UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v.-

NADINE JAZMINE WADE,

Defendant.

21 Cr. 472-2 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

As discussed during the February 15, 2023 hearing in this case,

Defendant's motion to withdraw her guilty plea (Dkt. #161) is GRANTED.  Trial

is set to begin in this case on **December 4, 2023, at 9:00 a.m.** in Courtroom

618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New

York.  The Court anticipates that trial will last two weeks.

The parties are directed to comply with the following briefing schedule:

Defendant's pre-trial motions shall be due on **September 1, 2023**.  The

Government shall submit its opposition, if any, on or before **September 15,**

**2023**.  Defendant's reply, if any, shall be due on **September 22, 2023**.

The Court will hear oral argument on any motions on **October 6, 2023,**

**at 3:30 p.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40

Foley Square, New York, New York.

Further, it is hereby ORDERED that the following trial schedule will be in

effect:

- The parties' respective jury charge requests, proposed voir
  dire questions, and any motions in limine will be due
  **November 6, 2023**;

- Any opposition papers to motions in limine will be due **November 13, 2023**; and

- The final-pretrial conference will be scheduled for **November 27, 2023, at 3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

The Government's disclosure of material under 18 U.S.C. § 3500 will be governed by the schedule set forth at the conference.  It is further **ORDERED** that time is excluded under the Speedy Trial Act between **February 15, 2023**, and **December 4, 2023**.  The Court finds that the ends of justice served by excluding such time outweigh the interests of the public and Defendant in a speedy trial because it will permit defense counsel to continue to review discovery, prepare any pretrial motions, and prepare for trial.

The Clerk of Court is directed to terminate the pending motion at docket entry 161.

        SO ORDERED.

Dated:        February 16, 2023
              New York, New York

_____
        KATHERINE POLK FAILLA
        United States District Judge

2