# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Fax: (212) 571-5507
Tel: (212) 571-5500

July 27, 2023

BY ECF

**MEMO ENDORSED**

Hon. Katherine Polk Failla
United States Courthouse
40 Foley Square
New York, New York 10007

          Re:    United States v. Nadine Wade
                  Ind. #: 21 Cr. 472 (KPF)

Dear Judge Failla:

     I write without objection of Pre-Trial Services, by PTSO Demetrius Hardy, to request a temporary modification of my client's travel restrictions to permit her to travel to Simi Valley, California by air to attend a spiritual event at the Revelation Church of Prophet Lovy Elias at that location. She seeks to travel the evening of Thursday, August 17, returning home Monday, August 21, 2023. She plans to stay in an Airbnb to be booked if the travel is permitted. PTSO Hardy seeks a condition that Ms. Wade must provide a complete itinerary of travel and lodging prior to departure. The government by AUSA Matthew King has no objection.

     If the Court desires additional information it is respectfully requested that counsel by notified. Thank you for your attention.

                                           Sincerely,

                                           *Robert A. Soloway*

                                           Robert A. Soloway

RAS:sc

Application GRANTED.  Ms. Wade is permitted to travel the evening of **Thursday, August 17, 2023,** to Simi Valley, California to attend a spiritual event at the Revelation Church of Prophet Lovy Elias, returning home on **Monday, August 21, 2023.**  Ms. Wade must provide PTSO Hardy with a complete itinerary of her travel and lodging prior to departure.

The Clerk of Court is directed to terminate the pending motion at docket number 241.

Dated:   July 28, 2023
         New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE