UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATE OF AMERICA<br><br>-v.-<br><br>NADINE JAZMINE WADE,<br><br>Defendant. | 21 Cr. 472 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

On February 16, 2023, the Court issued a Trial Scheduling Order in this matter. (Dkt. #219). This Order provided that Defendant's pre-trial motions would be due on September 1, 2023, and that oral argument on any motions would be held on October 6, 2023. As Defendant has not submitted any pre-trial motions, the hearing scheduled for October 6, 2023 is hereby ADJOURNED *sine die*. The parties are advised to refer to the Trial Scheduling Order and to comply with the remaining deadlines for jury charge requests, proposed *voir dire* questions, and any motions *in limine*. The parties are reminded that the final pre-trial conference in this matter is scheduled for **November 27, 2023**, at **3:00 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:   September 27, 2023
         New York, New York

_____
    KATHERINE POLK FAILLA
    United States District Judge