## ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman  
Jeremy Schneider  
Robert A. Soloway  
David Stern  

Rachel Perillo

Tel: (212) 571-5500  
Fax: (212) 571-5507

**MEMO ENDORSED**

December 19, 2023

BY ECF

Honorable Katherine Polk Failla  
United States District Court  
40 Foley Square  
New York, New York 10007

        Re:  United States v. Wade  
             Ind. No: 21 Cr. 472 (KPF)

Dear Judge Failla:

    David Stern and I represent Nadine Wade in the above-referenced matter. I write for the parties to advise that per the Court's direction, we have agreed upon a Rule 29 and 33 motion schedule to propose for consideration. It calls for defense motions by January 15; government opposition by Monday February 5; and defense reply on or before Wednesday, February 14, 2024. The parties respectfully request that we be notified as to whether this schedule meets with the approval of the Court.

    Thank you very much for your attention.

Respectfully submitted,

*Robert A. Soloway*

Robert A. Soloway

---

Application GRANTED. The parties shall adhere to the above briefing schedule.

The Clerk of Court is directed to terminate the pending motion at docket number 278.

Dated:   December 20, 2023  
             New York, New York

SO ORDERED.

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA  
UNITED STATES DISTRICT JUDGE