UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATE OF AMERICA | |
|---|---|
| -v.- | 21 Cr. 472 (KPF) |
| NADINE JAZMINE WADE, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The Court is in receipt of Defendant's motion for a judgment of acquittal (Dkt. #300, 301), as well as the Government's response in opposition (Dkt. #308), and Defendant's reply in further support of her motion (Dkt. #309). The parties are hereby ORDERED to appear before the Court for oral argument on the motion. Argument will take place on **April 24, 2024**, at **2:30 p.m.**, in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: April 10, 2024
       New York, New York

                                          KATHERINE POLK FAILLA
                                          United States District Judge