# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

**Attorneys at Law**
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman
Jeremy Schneider
Robert A. Soloway
David Stern

Rachel Perillo

Fax: (212) 571-5507
Tel: (212) 571-5500

April 16, 2024

<u>BY ECF</u>

Hon. Katherine Polk Failla
United States Courthouse
40 Foley Square
New York, New York 10007



Re:     United States v. Nadine Wade

<u>Ind. #: 21 Cr. 472 (KPF)</u>

Dear Judge Failla:

     I write at my client's request to apply for permission for Ms. Wade to appear remotely (by phone or video link) at the oral argument scheduled in this matter for Wednesday, April 24, 2024. My client informs me it is a substantial financial hardship for her to incur the cost of travel and lodging, and she simply does not know how she could obtain the funds to attend. She is willing to waive her right to be present at the argument, but would ask for the opportunity to be present via electronic connection.

     Should the court desire further information regarding this matter, it is respectfully requested the undersigned be notified. Thank you very much.

Sincerely,

*Robert A. Soloway*

Robert A. Soloway

RAS:sc

Application GRANTED. The Court will provide Ms. Wade with dial-in
information in advance of the oral argument.

The Clerk of Court is directed to terminate the pending motion at docket
entry 315.

Dated:     April 16, 2024
         New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE