# ROTHMAN, SCHNEIDER, SOLOWAY & STERN, LLP

Attorneys at Law
100 Lafayette Street, Suite 501
New York, NY 10013

Franklin A. Rothman  
Jeremy Schneider  
Robert A. Soloway  
David Stern  
Rachel Perillo

Tel: (212) 571-5500  
Fax: (212) 571-5507

December 2, 2024

BY ECF

Hon. Katherine Polk Failla  
United States Courthouse  
40 Foley Square  
New York, New York 10007



Re: United States v. Nadine Wade, 21 Cr. 472 (KPF)

Dear Judge Failla:

    The defense sentence submission in the referenced matter is due tomorrow, December 3, 2024, and the sentencing date currently set for December 17. My office received on Friday afternoon, November 29, pursuant to our request and a judicial subpoena signed by your Honor, more than 300 pages of social services records which are being reviewed and prepared for electronic forwarding to our client tomorrow morning. Without objection of the government, by AUSA Matthew King, I write seeking an extension of the date for sentence to permit my review of the records, and for discussion with my client about their content so that if deemed relevant, they may be made a part of the defense presentation on sentence.

    Given these circumstances, it is respectfully requested that the sentencing date in this matter be extended to a date on or after Monday January 6, 2025. Should this request be granted, it is not expected that any further requests by the defense will be made to extend the date.

    Thank you very much for your attention to this matter.

Respectfully submitted,

*Robert A. Soloway*

Robert A. Soloway

RAS:sc

Application GRANTED. Ms. Wade's sentencing, currently scheduled for December 19, 2024, is hereby ADJOURNED to **January 22, 2025,** at **3:00 p.m.**

Accordingly, Ms. Wade shall file her sentencing submission on or before **January 8, 2025,** and the Government shall file its submission on or before **January 15, 2025.**

The Clerk of Court is directed to terminate the pending motion at docket entry 340.

Dated:   December 3, 2024          SO ORDERED.
         New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE