UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                :
UNITED STATES OF AMERICA        :    Ind. No. 21-cr-472 (KPF)
                                                :
        -v-                                  :    Transportation Order
                                                :
NADINE WADE                            :
                                                :
                Defendant.              :
------------------------------------------------------X

KATHERINE POLK FAILLA, U.S.D.J.

Upon the application of Robert A. Soloway, counsel for the defendant, pursuant to 18 U.S.C. § 4285, in the above captioned case;

IT IS HEREBY ORDERED, that the United States Marshals Service furnish Nadine Jazmine Wade with funds to cover the cost of one-way travel between Detroit, Michigan and New York, New York on January 22, 2025 for Ms. Wade's sentencing scheduled for 3:00 p.m.

SO ORDERED.

Dated: New York, New York
       January 14, 2025

_____
THE HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK