UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                               :

UNITED STATES OF AMERICA     :   Ind. No. 21-cr-472 (KPF)
                                               :

           -v-                            :  Transportation Order
                                               :

NADINE WADE                            :
                                             :
                Defendant.    :
------------------------------------------------------X

KATHERINE POLK FAILLA, U.S.D.J.

      Upon the application of Robert A. Soloway, counsel for the defendant, pursuant to 18 U.S.C. § 4285, in the above captioned case;

      IT IS HEREBY ORDERED, that the United States Marshals Service furnish Nadine Jazmine Wade with funds to cover the cost of one-way travel between Detroit, Michigan and New York, New York on January 23, 2025 for Ms. Wade's sentencing scheduled for 11:30 a.m. SO ORDERED.

Dated: New York, New York
       January 22, 2025

                                              _____
                                              THE HONORABLE KATHERINE POLK FAILLA
                                                     UNITED STATES DISTRICT JUDGE
                                                   SOUTHERN DISTRICT OF NEW YORK