UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | |
|---|---|
| -v.- | 21 Crim. 472 (KPF) |
| NADINE JAZMINE WADE, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

The sentencing scheduled for January 22, 2025, is hereby ADJOURNED to **January 23, 2025**, at **11:30 a.m.** The sentencing will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated: January 22, 2025
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge