UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Ind. No. 21-cr-472 (KPF) |
| -v- | : | Transportation Order |
| NADINE WADE | : | |
| Defendant. | : | |

------------------------------------------------------X

KATHERINE POLK FAILLA, U.S.D.J.

Upon the application of Robert A. Soloway, counsel for the defendant, pursuant to 18 U.S.C. § 4285, in the above captioned case;

IT IS HEREBY ORDERED, that the United States Marshals Service furnish Nadine Jazmine Wade with funds to cover the cost of one-way travel between Detroit, Michigan and New York, New York on February 10, 2025 for Ms. Wade's court appearance scheduled for 2:00 p.m.

SO ORDERED.

Dated: New York, New York
       February  6 , 2025

_____
THE HONORABLE KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK