UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             -v.-<br><br>NADINE WADE,<br><br>                     Defendant. | 21 Civ. 472 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

    Upon the application of Yusuf A. El Ashmawy, counsel for the defendant, pursuant to 18 U.S.C. § 4285, in the above captioned case;

    IT IS HEREBY ORDERED, that the United States Marshals Service furnish Nadine Jazmine Wade with funds to cover the cost of one-way travel between Detroit, Michigan and New York, New York on March 21, 2025, for Ms. Wade's court appearance scheduled for 10:00 a.m.

    SO ORDERED.

Dated:  March 19, 2025
            New York, New York

                                                      KATHERINE POLK FAILLA
                                                      United States District Judge