UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>NADINE JAZMINE WADE,<br><br>Defendant. | 21 Civ. 472 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The sentencing scheduled for May 27, 2025, is hereby ADJOURNED to **May 28, 2025**, at **3:00 p.m.** The sentencing will take place in Courtroom 618 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

SO ORDERED.

Dated:  May 27, 2025
        New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge